UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:17-cr-626-T-23TGW

BYRON DEWAYNE HOUSTON
_____/

**O R D E R**

Byron Dewayne Houston moves (Doc. 48) to suppress Houston's custodial statements. The United States opposes (Doc. 53) the motion to suppress. Under 28 U.S.C. § 636 and Local Rule 6.01(b), the matter was referred to the magistrate judge for preparation of a report and recommendation.

On July 24, 2018, the magistrate judge conducted a hearing (Doc. 55) and on August 7, 2018, issued a report (Doc. 62) recommending denial of the motion to suppress. Neither Houston nor the United States objects to the report and recommendation, and the time within which to object has passed.

I reviewed the report and recommendation and independently examined the file. The report and recommendation is **ADOPTED**. For the reasons explained in the report and recommendation, the motion to suppress (Doc. 48) is **DENIED**.

ORDERED in Tampa, Florida, on August 31, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE